NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


REIYN KEOHANE,  )
　　　　　　　　　 )
　　　　　Appellant,  )
　　　　　　　　　 )
v.  )　　　Case No. 2D17-4127
　　　　　　　　　 )
STATE OF FLORIDA,  )
　　　　　　　　　 )
　　　　　Appellee.  )
_____ )

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Lee
County; Joseph C. Fuller, Jr., Judge.

Keith W. Upson of The Upson Law Group,
P.L., Naples, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Dawn A. Tiffin and Cynthia
Richards, Assistant Attorneys General,
Tampa, for Appellee.


PER CURIAM.


　　　　　Affirmed.


SILBERMAN, KELLY, and VILLANTI, JJ., Concur.